AO 91 (Rev. 11/11)  Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

2019 AUG 12  PM 2:37

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| United States of America<br>v.<br><br>JUSTIN OLSEN<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.<br><br>**4:19M 6156** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 2, 2019 _____ in the county of _____ Mahoning _____ in the _____ Northern _____ District of _____ Ohio _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 115(B) | Threatening to Assault a Federal Law Enforcement Officer. |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent-  Themistocles Tsarnas
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 08/12/2019 _____

_____
*Judge's signature*

City and state: _____ Youngstown, Ohio _____

U.S. Magistrate Judge George J. Limbert
*Printed name and title*