# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Ohio
### Thomas D. Lambrose United States Courthouse

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                              Case No.: 4:19−mj−06156−GJL
                                                  Magistrate Judge George J. Limbert

Justin Olsen

                        Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      Notice of Hearing as to defendant Justin Olsen; an initial appearance is scheduled for 8/12/2019 at 4:00 PM in Courtroom 242 in Youngstown, Ohio before Magistrate Judge George J. Limbert.(S,AA)

**PLACE**
Thomas D. Lambros
United States Courthouse & Federal Building
125 Market Street
Youngstown, OH
44503

August 12, 2019

                                                                   Sandy Opacich, Clerk
                                                         Anita Ann Schenker, Deputy Clerk