AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>**JUSTIN OLSEN**<br><br>*Defendant* | )<br>)<br>) Case No.<br>)<br>) **4:19M 6156**<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JUSTIN OLSEN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

FILED AUG 12 2019 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO YOUNGSTOWN

This offense is briefly described as follows:

Threatening to Assault a Federal law enforcement officer, Title 18, U.S.C. Section 115(B).

Date: 08/12/2019

*Issuing officer's signature*

City and state: Youngstown, Ohio

U.S. Magistrate Judge George J. Limbert
*Printed name and title*

### Return

This warrant was received on *(date)* 8/12/2019, and the person was arrested on *(date)* 08/12/2019
at *(city and state)* YOUNGSTOWN, OHIO.

Date: 8/12/2019

*Arresting officer's signature*

BRYON J. SPEAKES, SPECIAL AGENT (FBI)
*Printed name and title*