UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO. 4:19M6156 |
| --- | --- | --- |
| Plaintiff | ) | MAGISTRATE JUDGE |
| | ) | GEORGE J. LIMBERT |
| vs. | ) | **ORDER OF DETENTION PENDING HEARINGS** |
| JUSTIN OLSEN | ) | |
| Defendant | ) | |

It is hereby ordered that a preliminary examination and a detention hearing are scheduled and will be held on Friday, August 16, 2019, at 3:00 p.m., before the undersigned U.S. Magistrate Judge in Courtroom No. 242 of the Thomas D. Lambros Federal Building & U.S. Courthouse, 125 Market Street, Youngstown, Ohio.

It is further ordered, pending these hearings, the Defendant shall be held in custody by the United States Marshal and shall be produced for the hearings.

**IT IS SO ORDERED.**

Dated: August 12, 2019        */s/George J. Limbert*
                              GEORGE J. LIMBERT
                              U.S. MAGISTRATE JUDGE